UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CLARA J. VANDERLAAN,

       Plaintiff,                      Case No. 1:10-cv-858

v.                                           HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## **ORDER APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed September 8, 2011 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 14) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees and Costs (Dkt 11) is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff shall be awarded fees and costs in the amount of one-thousand six-hundred thirty-seven dollars and fifty cents ($1,637.50) and such be paid directly to Plaintiff.


Dated: September 27, 2011                        /s/Janet T. Neff
                                                                           JANET T. NEFF
                                                                             UNITED STATES DISTRICT JUDGE